**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 17-00235-01-CR-W-GAF** |
| | ) | |
| **DARRIN L. FRY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

Pending before the Court is Defendant's Motion to Suppress Evidence (Doc. #24). Defendant seeks to suppress all evidence and testimony procured through his warrantless seizure and detention on July 8, 2017, as a violation of the Fourth Amendment.

On September 11, 2018, United States Magistrate Judge Sarah W. Hays conducted an evidentiary hearing on the motion to suppress.

On October 10, 2018, United States Magistrate Judge Sarah W. Hays issued her Report and Recommendation (Doc. #39). Objections were due October 24, 2018. No objections were filed.

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Sarah W. Hays.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence (Doc. #24) is OVERRULED and DENIED.

SO ORDERED.

                                          s/ Gary A. Fenner
                                          GARY A. FENNER, JUDGE
                                          UNITED STATES DISTRICT COURT

DATED:   October 25, 2018